

FILED

JAN 0 6 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___CB___ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-4

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **CRIMINAL INFORMATION** |
| ) | |
| KEITH SUTTON ) | |

The United States Attorney charges that:

Beginning in or about September 2011, and continuing to on or about June 19, 2019, in the Eastern District of North Carolina and elsewhere, KEITH SUTTON, defendant herein, did directly and indirectly give, offer and promise a thing of value to a public official, otherwise than as provided by law for the proper discharge of official duties, for and because of an official act performed and to be performed by such official, that is, gift cards, tickets to sporting events, meals, and cash, in violation of 18 United States Code, Section 201(c)(1)(A).

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any offense charged herein constituting "specified unlawful activity" (as defined in 18 U.S.C. §§ 1956(c)(7) and 1961(1)), or a conspiracy to commit such offense, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), as made applicable by 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the said offense.

The forfeitable property includes, but is not limited to, the following:

Forfeiture Money Judgment:

a) A sum of money representing the gross proceeds of the offense(s) charged herein against KEITH SUTTON, in the amount of at least $235,000.00

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

This 5th day of January, 2022.

MICHAEL F. EASLEY, JR.
United States Attorney

_____
BY: BARBARA D. KOCHER
Assistant United States Attorney